**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7243**

_____

ROBERTA MOORE,

Petitioner - Appellant,

versus

STATE OF NORTH CAROLINA; FORSYTH COUNTY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Russell A. Eliason, Magistrate Judge.  (1:06-cv-00997-RAE)

_____

Submitted:  November 20, 2007      Decided:  November 29, 2007

_____

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Roberta Moore, Appellant Pro Se.  Clarence Joe DelForge, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberta Moore seeks to appeal the magistrate judge's order dismissing as untimely her 28 U.S.C. § 2254 (2000) petition.[*] The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Moore has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).